FRANKLIN | SOTO LLP
Joshua D. Franklin (SBN 264536)
josh@franklinsoto.law
Cheryl Dunn Soto (SBN 250892)
cheryl@franklinsoto.law
444 West C Street, Suite 300
San Diego, California 92101
Tel:  619.872.2520
Fax: 619.566.0221

*Attorneys for Defendant The Crosby Estate
at Rancho Santa Fe Master Association*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE CROSBY ESTATE AT RANCHO SANTA FE MASTER ASSOCIATION,<br><br>Defendant. | Case No: 21-cv-1249-L-DEB<br><br>**NOTICE OF RELATED CASE**<br><br>Judge:       Hon. M. James Lorenz<br>Mag. Judge:  Hon. Daniel E. Butcher |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendant The Crosby Estate at Rancho Santa Fe Master Association ("The Crosby") hereby submits this Notice of Related Case pursuant to Civil Local Rule 40.1.f.  The present case is related to *The Crosby Estate at Rancho Santa Fe Master Association v. Ironshore Specialty Insurance Company*, Case No. 19-cv-02369-

WQH-NLS ("*The Crosby I*"), which was filed on December 10, 2019, and is currently pending before The Honorable William Q. Hayes.

This case is related to *The Crosby I* in that it (1) involves the same parties – Ironshore Specialty Insurance Company ("Ironshore") and The Crosby; (2) involves a Not-for-Profit Directors and Officers Liability Insurance Policy that is a renewal of the *same policy* at issue in *The Crosby I*; and (3) seeks declaratory relief regarding the applicability of the policy's retention where an insured has tendered the defense of a claim triggering Ironshore's duty to defend – the precise issue upon which The Honorable William Q. Hayes has already ruled in connection with The Crosby's motion for partial summary judgment in *The Crosby I* (*see* ECF #37 at pp. 21-24).

Assigning this case to a single District Judge is likely to effect a saving of judicial effort and other economies because The Honorable William Q. Hayes is familiar with the subject insurance policy and, in a published decision (498 F. Supp.3d 1242), has already analyzed and ruled upon the precise issue on which Ironshore seeks declaratory relief in this action.

Dated: July 26, 2021

Respectfully submitted,

FRANKLIN | SOTO LLP

*/s/ Joshua D. Franklin*
Joshua D. Franklin
Email: josh@franklinsoto.law
Cheryl Dunn Soto
Email: cheryl@franklinsoto.law

*Attorneys for Defendant The Crosby Estate at Rancho Santa Fe Master Association*

Case No: 21-cv-1249-L-DEB

NOTICE OF RELATED CASE

3